

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00753-CR

Omar Benitez **ARIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5459
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter's record was due November 23, 2015, but was not filed. On December 7, 2015, this court notified the court reporter the record was late. The court reporter responded to our notice by stating the record was not filed because appellant has neither requested, paid for, nor made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. We note that according to our records, appellant is represented on appeal by retained counsel, Leonard Martinez.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **December 21, 2015** that he has requested the reporter's record and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. If appellant fails to respond within the time provided, appellant's brief will be due thirty days after the date the clerk's record is filed in this court, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We **order** the clerk of this court to serve copies of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.



Keith E. Hottle
Clerk of Court